# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

WESLEY ROBINSON and LOURDES
SALGADO,

      Plaintiffs,

v.                                        Case No. 6:20-cv-1124-WWB-EJK

HOWARD'S RECOVERY, LLC and
PAUL HOWARD,

      Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Second Renewed Joint Motion for Approval of Settlement (Doc. 45). United States Magistrate Judge Embry J. Kidd issued a Report and Recommendation (Doc. 46), in which he recommends that the Motion be granted in part. The parties filed a Joint Notice of Non-Objection (Doc. 47) to the Report and Recommendation.

After a de novo review of the record, and noting that the parties have no objections, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 46) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Second Renewed Joint Motion for Approval of Settlement (Doc. 45) is **GRANTED in part**. The Amendments and Waiver of Employment provisions, (Doc. 45-1, ¶¶ 8, 12), are **STRICKEN**, and the parties'

Agreement (Doc. 45-1), as revised, is **APPROVED**. The Motion is **DENIED** in all other respects, and this case is **DISMISSED with prejudice.**

3. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on February 11, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record